**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

PHYLLIS BUCHANAN ROARK,

        Plaintiff,

v.                                           Case No. 6:14-cv-84-Orl-37TBS

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

**ORDER**

This cause is before the Court on the following:

1. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 28), filed April 25, 2016;

2. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 29), filed April 28, 2016; and

3. Joint Response to Magistrate Judge's Report & Recommendation for Attorney's Fees (Doc. 30), filed May 2, 2016.

In this social security action, Magistrate Judge Thomas B. Smith recommends granting the unopposed request for attorney's fees pursuant to 42 U.S.C. § 406(b). (Doc. 29 ("**R&R**").) The parties do not object to the R&R. (*See* Doc. 30.)

Having independently reviewed the R&R for fairness and in the absence of any objection, this Court agrees with Magistrate Smith and finds that his R&R is due to be adopted. *See* Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1) (suggesting that a de novo review is only required when a party objects to the proposed findings and

recommendations); *see also Thomas v. Arn*, 474 U.S. 140, 150–51 (1985) (concluding that R&Rs without objection should be reversed only for clear error).

Accordingly, it is hereby **ORDERED AND ADJUDGED**:

1. U.S. Magistrate Judge Thomas B. Smith's Report and Recommendation (Doc. 29) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Richard A. Culbertson's Unopposed Request for Authorization to Charge a Reasonable Fee and Memorandum on Reasonable Fees Pursuant to 42 U.S.C. § 406(b) (Doc. 28) is **GRANTED**. The Court approves of the § 406(b) fees in the amount of $12,221.00, to be paid out of Plaintiff's past due benefits currently being withheld by the Social Security Administration.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on May 5, 2016.



ROY B. DALTON JR.
United States District Judge

Copies:

Counsel of Record